IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BETTY ADAMS,

        Plaintiff,

vs.                                No.  13-0242-DRH

STELLAR RECOVERY GROUP, INC.,

        Defendant.

## ORDER

**HERNDON, Chief Judge:**

On May 23, 2013, Betty Adams filed a notice of voluntary dismissal with prejudice pursuant to settlement. (Doc. 6). The Court **ACKNOWLEDGES** the dismissal and **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 28th day of May, 2013.

Digitally signed by David R. Herndon
Date: 2013.05.28 11:05:02 -05'00'

Chief Judge
United States District Court