UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

BETTY ADAMS,

    Plaintiff,

v.

STELLAR RECOVERY, INC.,

    Defendant.                      No. 13-cv-242-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court pursuant to the Notice of Voluntary Dismissal filed on May 23, 2013.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order acknowledging the dismissal entered on May 28, 2013, this case is **DISMISSED** with prejudice.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT

                                      BY:    /s/*Sara Jennings*
                                                   Deputy Clerk

**Dated:** May 28, 2013

Digitally signed by David R. Herndon
Date: 2013.05.28 11:17:43 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT